FILED BY [signature] D.C.
05 JUN 22 PM 2:19
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN-JACKSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TIMOTHY D. HARDIN,

Plaintiff,

and

LEROY-SOMER NORTH AMERICA,

Intervening Plaintiff,

v.

SKYJACK EQUIPMENT, NES; NEW RENTALS; NATIONAL EQUIPMENT SERVICES; AND AN UNKNOWN "NES" ENTITY; BRAMBLES EQUIPMENT SERVICES HOLDINGS, INC.; BRAMBLES U.S.A., INC.; BRAMBLES EQUIPMENT SERVICES, INC.; BRAMBLES CANADA, INC.; BRAMBLES EQUIPMENT SERVICES, INC.; MAGNETEK REYNOSA AND MAGNETEK,

Defendants.

CIVIL NO. 1-04-1032-T-AN

# ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

Upon Motion of the Defendants, Brambles Canada, Inc. and Brambles Equipment Services, Inc., and for good cause shown, the Defendants Motion for Extension of Time to



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/23/05

File Responsive Pleading is hereby granted, and the Court extends the time in which the Defendants must file their responsive pleading up to and including Friday, July 15, 2005.

S. Thomas Anderson USMJ
~~U.S. DISTRICT COURT~~ JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been forwarded via U.S. Mail, postage prepaid to:

R. Steven Beal, Esq.
22 Monroe Street
Lexington, TN 38351

T. J. Emison, Jr., Esq.
P. O. Box 13
Alamo, TN 38001

Jonathan O. Steen, Esq.
464 North Parkway, Suite A
Jackson, TN 38301

J. Randall Davis, Esq.
415 Washington Street, Suite 214
Waukegan, IL 60085-5564

Richard D. Moore, Esq.
210 Third Avenue North
P. O. Box 190683
Nashville, TN 37219-0683

Robin H. Rasmusen, Esq.
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

this ___ day of ____________________, 2005.

______________________________
R. DOUGLAS HANSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CV-01032 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

John R. Davis
CASSIDAY SCHADE & GLOOR
415 Washington St.
Ste. 214
Waukegan, IL 60085--556

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

T. J. Emison
EMISON & EMISON
P.O. Box 13
30 West Main Street
Alamo, TN 38001

Honorable James Todd
US DISTRICT COURT