IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. HARDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| LEROY-SOMER NORTH AMERICA, | ) |
| | ) |
| Intervening Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 1 – 04 – 1032 – T – AN |
| | ) |
| SKYJACK, INC.; NES; | ) |
| NES RENTALS; NATIONAL | ) |
| EQUIPMENT SERVICES; AND | ) |
| AN UNKNOWN "NES" ENTITY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 1, 2005, the Court entered an order suspending case scheduling and holding the case scheduling in abeyance pending mediation of this case, which the parties had scheduled for June 23, 2005. All of the parties have jointly filed a Motion for a revised Order Suspending Case Scheduling and Holding the Case Scheduling in Abeyance pending mediation of this case, which the parties have rescheduled for September 26, 2005, in order to allow sufficient time for the Brambles defendants to serve their Initial Disclosures and prepare for mediation and for Magnetek Reynosa and Magnetek to be served and participate in the mediation if they so desire. The parties assert that judicial economy and significant cost savings will be realized by the Court and the parties by allowing mediation to proceed before formal scheduling of the case.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/11/05

The Court agrees that judicial economy and cost savings will be realized by the Court and the parties by allowing the mediation to proceed before formal scheduling of this case. Accordingly, the parties are hereby ORDERED to notify this court on or before October 11, 2005 of the result of the mediation. In the interim, the case scheduling shall be held in abeyance pending the mediation; and in the event the mediation is not successful, a scheduling conference will be set at that time. IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
U. S. MAGISTRATE JUDGE

Date: August 10, 2005

K:\S1920\56150\Pleadings\OrdMedt3.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:04-CV-01032 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

T. J. Emison
EMISON & EMISON
P.O. Box 13
30 West Main Street
Alamo, TN 38001

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

John R. Davis
CASSIDAY SCHADE & GLOOR
415 Washington St.
Ste. 214
Waukegan, IL 60085--556

Honorable James Todd
US DISTRICT COURT