UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. HARDIN, | ) |
| Plaintiff, | ) |
| and | ) |
| LEROY-SOMER NORTH AMERICA, | ) |
| Intervening Plaintiff, | ) |
| v. | ) CIVIL NO. 1-04-1032-T-AN |
| SKYJACK EQUIPMENT, NES; NEW RENTALS; NATIONAL EQUIPMENT SERVICES; AND AN UNKNOWN "NES" ENTITY; BRAMBLES EQUIPMENT SERVICES HOLDINGS, INC.; BRAMBLES U.S.A., INC.; BRAMBLES EQUIPMENT SERVICES, INC.; BRAMBLES CANADA, INC.; BRAMBLES EQUIPMENT SERVICES, INC.; MAGNETEK REYNOSA AND MAGNETEK, | ) |
| Defendants. | ) |

## ORDER

The Court has been advised that all things and matters in controversy herein between the parties have been compromised and settled.

Accordingly, Plaintiffs' cause of action against the Defendants is **DISMISSED** with prejudice to the right, upon due cause shown within thirty (30) days to reopen this action if the settlement is not consummated.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/4/05

It is so **ORDERED.**

**ENTERED** this 3rd day of November, 2005.

_____
U.S. DISTRICT COURT JUDGE

DATE: 3 November 2005

PREPARED BY:

_____
TODD B. MURRAH (#15235)
26 North Second Street
Memphis, TN 38103
Attorney for the Brambles Entities
(901) 527-4673
File No.: 05-248

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 1:04-CV-01032 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Robert Steve Beal
LAW OFFICES OF STEVE BEAL
22 Monroe Avenue
Lexington, TN 38351

T. J. Emison
EMISON & EMISON
P.O. Box 13
30 West Main Street
Alamo, TN 38001

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

John R. Davis
CASSIDAY SCHADE & GLOOR
415 Washington St.
Ste. 214
Waukegan, IL 60085--556

Daniel C. Todd
TODD & FLOYD & HAMMET, PLC
218 Third Ave., North
Nashville, TN 37201

Jonathan O. Steen
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Richard D. Moore
LEVINE ORR & GERACIOTI
210 Third Avenue N.
P. O. Box 190683
Nashville, TN 37219--068

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT